PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON, HI 5890
Acting Regional Chief Counsel
ELIZABETH LANDGRAF
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4828
    Facsimile: (415) 744-0134
    Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONICA SANTOS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:22-cv-00361-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD<br><br>(ECF No. 10). |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a 60-day extension of time to file the Electronic Certified Administrative Record (CAR), extending the date on which the CAR is due from June 30, 2022, to August 29, 2022.

    The extension is needed to allow the Social Security Administration's component responsible for production of the CAR for civil court actions to produce such a record for this case. Defendant apologizes to the Court for any inconvenience caused by this delay. This request is made in good faith and is not intended to delay the proceedings in this matter.

                                                Respectfully submitted,

DATE: June 22, 2022                              */s/ Jared Thomas Walker*
                                                 JARED THOMAS WALKER
                                                 Attorney for Plaintiff
                                                 (as approved via email)

                                                PHILLIP A. TALBERT
                                              United States Attorney
                                              PETER THOMPSON
                                              Acting Regional Chief Counsel, Region IX
                                              Social Security Administration

DATE: June 22, 2022                By   */s/ Elizabeth Landgraf*
                                        ELIZABETH LANDGRAF
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

**ORDER**

Pursuant to parties' stipulation (ECF No. 10), IT IS ORDERED that Defendant shall have until August 29, 2022, to file the certified administrative record. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: **June 23, 2022**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE