1    PHILLIP A. TALBERT
     United States Attorney
2    PETER THOMPSON, HI 5890
     Acting Regional Chief Counsel
3    ELIZABETH LANDGRAF
     Special Assistant United States Attorney
4          Social Security Administration
           160 Spear Street, Suite 800
5          San Francisco, CA 94105
           Telephone: (510) 970-4828
6          Facsimile: (415) 744-0134
           Elizabeth.Landgraf@ssa.gov
7    Attorneys for Defendant

8

9                        UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                              FRESNO DIVISION

12

13
                                              No.  1:22-cv-00361-EPG
14   DONICA SANTOS,

15    Plaintiff,                              STIPULATION AND ORDER FOR SECOND
                                              EXTENSION OF TIME TO FILE ELECTRONIC
16   v.                                       CERTIFIED ADMINISTRATIVE RECORD

17   KILOLO KIJAKAZI,                         (ECF No. 12)
     Acting Commissioner of Social Security,
18
                 Defendant.
19

20

21          The parties stipulate through counsel that Defendant, the Acting Commissioner of Social

22   Security (the "Commissioner"), shall have a 45-day extension of time to file the Electronic

23   Certified Administrative Record (CAR), extending the date on which the CAR is due from June

24   30, 2022, to October 13, 2022.

25          The extension is needed to allow the Social Security Administration's component

26   responsible for production of the CAR for civil court actions to produce such a record for this

27   case. Defendant apologizes to the Court for any inconvenience caused by this delay. This request

28   is made in good faith and is not intended to delay the proceedings in this matter.

1

2
                                                Respectfully submitted,

3      DATE: August 24, 2022                    */s/ Jared Thomas Walker*
                                                JARED THOMAS WALKER
4                                               Attorney for Plaintiff
                                                (as approved via email)
5

6                                               PHILLIP A. TALBERT
                                                United States Attorney
7                                               PETER THOMPSON
                                                Acting Regional Chief Counsel, Region IX
8                                               Social Security Administration

9      DATE: August 24, 2022          By    */s/ Elizabeth Landgraf*
                                                ELIZABETH LANDGRAF
10                                              Special Assistant United States Attorney
                                                Attorneys for Defendant
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           2

**ORDER**

Pursuant to parties' stipulation (ECF No. 12), IT IS ORDERED that Defendant shall have until October 13, 2022, to file the certified administrative record. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **August 25, 2022**          _____/s/_____

UNITED STATES MAGISTRATE JUDGE