1  Jared Walker (SB#269029)
   P.O. Box 1777
2  Orangevale, CA 95662
   T: (916) 476-5044
3  F: (916) 476-5064
   jared@jwalker.law
4

5  Attorney for Plaintiff,
   DONICA SANTOS
6

7                    IN THE UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9  DONICA SANTOS,                              Case No.: 1:22-cv-00361-EPG

10         Plaintiff,

11     v.                                      STIPULATION FOR FIRST EXTENSION
                                                OF TIME FOR PLAINTIFF TO FILE
12 KILOLO KIJAKAZI,                            OPENING BRIEF
   Acting Commissioner of Social Security,
13                                              (ECF No. 15)
           Defendant.
14

15

16     IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17 that the time for Plaintiff to file his motion for summary judgment be extended thirty (30) days,

18 from the current deadline, such that Plaintiff's new deadline, with the Court's approval, will be

19 December 28, 2022.  This is Plaintiff's first request for an extension of time.  Plaintiff's counsel

20 needs additional time to file Plaintiff's motion for summary judgment due to multiple conflicting

21 deadlines in other matters and the need to obtain and review additional medical evidence Plaintiff

22 believes is potentially relevant to her claims.  With the Court's approval, the parties further stipulate

23 that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly

24 to coincide with this current extension request.

25 Dated: November 28, 2022                    Respectfully submitted,

26

27                                              /s/ *Jared Walker*
                                                Jared T. Walker,
28                                              Attorney for Plaintiff

                                                1

1
2  SO STIPULATED:
3
4                                              PHILLIP A. TALBERT
                                               United States Attorney
5
6  Dated: November 28, 2022        By:    /s/ *Elizabeth Landgraf
                                            (*authorized by email on 11/28/2022)
7                                          ELIZABETH LANDGRAF
                                           Special Assistant United States Attorney
8                                          Attorneys for Defendant
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based on the above stipulation (ECF No. 15), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment by no later than December 28, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **November 29, 2022**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE