UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONICA SANTOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.   1:22-cv-00361-EPG<br><br>ORDER APPROVING STIPULATION<br><br>(ECF No. 17) |

　　　This matter is before the Court on the parties' stipulation that Plaintiff be granted an extension to January 4, 2023, to file a motion for summary judgment and that all other deadlines be extended accordingly. (ECF No. 17).

　　　Based on the parties' stipulation (ECF No. 17), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment by no later than January 4, 2023. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

　　　Dated:   **December 28, 2022**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE