PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
ELIZABETH LANDGRAF, CSBN 313184
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4828
    Facsimile: (415) 744-0134
    Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONICA SANTOS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:22-cv-00361-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 20). |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of thirty-one (31) days to respond to Plaintiff's Motion for Summary Judgment ("Motion") (ECF No. 19), extending the date on which Defendant's response is due from February 17, 2023, to March 20, 2023. This is Defendant's first request for an extension of time in this case.

    Defendant needs more time to respond to Plaintiff's Motion because the undersigned attorney for Defendant currently has eight district court briefs due during the next eight-week

period. In addition, upon closer review of the record, the undersigned attorney has discovered that settlement options may exist in this case. More time is needed to explore whether settlement is an option, because this determination is dictated by additional internal review. Accordingly, the Commissioner respectfully requests an extension of 31 days, until March 20, 2023, to respond to Plaintiff's Motion.

      The attorney for Defendant sincerely apologizes for any inconvenience to the Court, Plaintiff, and opposing counsel. This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: February 16, 2023      */s/ Jared Thomas Walker*
JARED THOMAS WALKER
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

DATE: February 16, 2023   By   */s/ Elizabeth Landgraf*
ELIZABETH LANDGRAF
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Based on the above stipulation (ECF No. 20), IT IS ORDERED that Defendant shall respond to Plaintiff's motion for summary judgment by no later than March 20, 2023. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **February 17, 2023**          /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE

3